FILED
2007 Jul-16 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| IVETTE ALVAREZ, | * | |
| Plaintiff, | * | CASE NO: CV-07-PT-0385-M |
| -vs- | * | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | * | |
| Defendant. | * | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant submit this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show this Honorable Court as follows:

There are no longer any issues in this matter between Plaintiff and Defendant to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Defendant which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

_____
JOHN G. WATTS (ASB-5819-T82J)
john@wattslawgroup.com
THE WATTS LAW GROUP, P.C.
15 Office Park Circle, Suite 206
P.O. Box 531168
Birmingham, AL 35253
(205) 879-2447
(205) 879-8228 (Fax)
*ATTORNEY FOR PLAINTIFF*

1

*Allison L Cannizaro*
**Allison Cannizaro**
acannizaro@sessions-law.biz
**SESSIONS, FISHMAN & NATHAN, L.L.P.**
3850 North Causeway Blvd., Suite 1240
Metairie, LA 70002
(504) 828-3700
(504) 828-3737 (Fax)
***ATTORNEY FOR DEFENDANT***